

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2016

No. 04-16-00330-CR

Rogelio **RINCON,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2442
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sitting: Rebeca C. Martinez, Justice
      Patricia O. Alvarez, Justice
      Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

It is so ORDERED ON August 1, 2016.

PER CURIUM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court